Eric Neville SCHAEFER, Appellant,

v.

STATE of Missouri, Respondent.

WD 77215

Missouri Court of Appeals,
Western District.

FILED: March 3, 2015

Jeannette L. Igbenebor, Kansas City, MO, for appellant

Shaun Mackelprang, Jefferson City, MO, for respondent

Before Division Four: Alok Ahuja, C.J., and Victor Howard and James E. Welsh, JJ.

## ORDER

PER CURIAM:

Appellant Eric Schaefer pled guilty to one count of domestic assault in the first degree in the Circuit Court of Jackson County, and was sentenced to a seven-year term of imprisonment. Schaefer filed a motion for post-conviction relief under Supreme Court Rule 24.035. The circuit court denied Schaefer's motion following an evidentiary hearing. Schaefer appeals, arguing that his plea counsel was ineffective because counsel falsely assured him that he would not be sentenced to more than the time he had already served, approximately three years. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this